1                   UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS

2

                                   Criminal No.
3                                    08-10150-WGY

4

5

6   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
                                   *
7   UNITED STATES OF AMERICA       *
                                     *
8   v.                      *  **SENTENCING EXCERPT**
                                   *
9   DAVID EKASALA             *
                                   *
10   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

11

12              BEFORE:  The Honorable William G. Young,
                         District Judge

13

14

15

16

17

18

19

20

21

22

23                              1 Courthouse Way
24                              Boston, Massachusetts

25                              December 10, 2008

1        **THE COURT:**  Mr. Daniel Ekasala, pursuant to 18

2   United States Code, Section 3553(a), the information from

3   the United States Attorney, the probation office, your

4   attorney and yourself, this Court sentences you to three

5   years and six months in the custody of the United States

6   Attorney General.  That's 42 months.  Thereafter, the Court

7   places you on supervised release for three years.

8        The Court imposes upon you no fine due to your

9   present inability to pay a fine, and the Court imposes upon

10  you the $300 special assessment required by the law, $100

11  for each count.

12       The special conditions of your supervised release

13  are that you're prohibited from possessing a firearm,

14  destructive device, or other dangerous weapon.  You're to

15  participate in a program for substance abuse as directed by

16  the United States Probation Office which program may include

17  drug testing not to exceed 104 drug tests per year.

18       I understand that it's your wish and that of your

19  family that you be designated to a place of confinement as

20  close to home as possible.

21       Correct, Mr. Grossberg?

22       **MR. GROSSBERG:**  Well, we've thought that through to

23  the extent, Judge, our research has indicated that the best

24  drug treatment program, residential, for inmates is at FCI

25  Fairton, Fairton, New Jersey.

1        **THE COURT:**  And he wants the 500-hour drug

2   treatment program?

3        **MR. GROSSBERG:**  Yes, your Honor.  So it's a double

4   recommendation, drug program and --

5        **THE COURT:**  At Fairton.

6        **MR. GROSSBERG:**  -- Fairton.

7        **THE COURT:**  I will make both of those

8   recommendations.

9        Now, let me explain this sentence.  This sentence

10  is a little lower than the bottom of the guidelines, but not

11  much.  And the reason for the sentence is the guideline in

12  fact does express the view of society, properly, about how

13  serious this is.  These are serious, serious drug offenses.

14  Not one, three drug offenses.

15       The recommendation of the United States Attorney,

16  it's sensitive and intelligent here.  Why do I go below it,

17  by a bit.  Whatever was driving you, and I'm not clear I

18  have the full picture here, but I am satisfied that you did

19  counsel this cooperating witness to cut off the drug use

20  which in fact he was setting you up on.  That fact stands

21  out in my mind; that and your otherwise exemplary life.

22       Now, Mr. Ekasala, you're a person who have people

23  who love you dearly.  You say that you care for them.

24  Nevertheless, you've committed a most serious crime.  And

25  this is a fair and just sentence.  It is as severe but no

1    more than necessary to accomplish the goals of sentencing as

2    is required by the law.

3              You'll get credit toward the service of that

4    sentence for the three months that you've been in custody

5    from 5-13-2008 through 9-11-2008, and from 9-11 -- oh, no,

6    wait a second.  You were on secured bond.  From 9-11-2008 to

7    the present you've been detained.  You'll get credit toward

8    the service of this sentence for the time you've been

9    detained.

10             You have the right to appeal.  Should you appeal

11   from any findings or rulings the Court has made against you

12   and should your appeal be successful in whole or in part and

13   the case remanded you'll be resentenced before another

14   judge.

15             Mr. Grossberg, if an appeal is decided upon would

16   you, or I direct you, ask for transcript in this Court

17   before filing a notice of appeal because I'll turn it around

18   right away.

19             Do you understand?

20        **MR. GROSSBERG:**  Yes, your Honor.

21        **THE COURT:**  He's remanded to the custody of the

22   marshals.

23             (Whereupon the matter concluded.)

24

25